UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05M-1013-JGD

UNITED STATES OF AMERICA

v.

ADONIS RODRIGUEZ

### MEMORANDUM AND ORDER OF DETENTION

February 9, 2005

DEIN, M.J.

  The defendant is charged in a criminal complaint with conspiracy to distribute and to possess with intent to distribute, and distribution of cocaine, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. An initial appearance was held on February 8, 2005, at which time the defendant was represented by counsel. The government agreed to conditions of release, provided that agreed-upon conditions could be satisfied. After the hearing, it was determined that the location at which the defendant expected to live was no longer available to him, and further investigation by Pre-trial Services called into question whether the defendant is legally in the United States. As a result, on this date the defendant, upon the advice of counsel, agreed to the entry of a voluntary order of detention, without prejudice to his right to seek release at a later date.

  IT IS ACCORDINGLY ORDERED that the defendant be DETAINED pending trial, and it is further Ordered –

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

The defendant may seek reconsideration of this order by filing an appropriate motion proposing conditions of release.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge